## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| GOODLUCK INDIA LIMITED, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 18-00162 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| ARCELORMITTAL TUBULAR PRODUCTS, MICHIGAN SEAMLESS TUBE, LLC, PLYMOUTH TUBE CO. USA, PTC ALLIANCE CORP., WEBCO INDUSTRIES, INC., AND ZEKELMAN INDUSTRIES, INC., | ) |
| Defendant-Intervenors. | ) |

### DEFENDANT'S CONSENT MOTION TO CORRECT ORDER ENTERED ON DECEMBER 3, 2019

Pursuant to Rule 6(b) of the Rules of the United States Court of International Trade, defendant, the United States, respectfully files this motion to correct the Order entered on December 3, 2019, Dkt. No. 52, granting our motion for extension of time for the Department of Commerce (Commerce) to file its remand determination. All parties consent to this motion.

On December 3, 2019, the Government filed a consent motion for extension of time until December 23, 2019, for Commerce to file its remand determination. Dkt. No. 51. The Court granted our motion and entered the Government's proposed order. Dkt. No. 52. However, the Government's proposed order inadvertently referred to plaintiff,

Goodluck India Limited (Goodluck), as "Petitioner," and the language of the order did not precisely track the language of Rule 56.2(h).  *See id.*

Accordingly, the Government respectfully requests that the Court grant this consent motion to correct and enter the attached proposed order.  The corrected proposed order refers to Goodluck as "Plaintiff," and the language of the order more closely tracks the precise language of Rule 56.2(h).  The Government apologizes to the Court for the inconvenience.

                        Respectfully submitted,

                        JOSEPH H. HUNT
                        Assistant Attorney General

                        JEANNE E. DAVIDSON
                        Director

                        s/ Claudia Burke
                        CLAUDIA BURKE
                        Assistant Director

| OF COUNSEL: | s/ Ann C. Motto |
| --- | --- |
| Ayat Mujais | ANN C. MOTTO |
| Attorney | Trial Attorney |
| U.S. Department of Commerce | U.S. Department of Justice |
| Office of the Chief Counsel For Trade | Civil Division |
| Enforcement and Compliance | Commercial Litigation Branch |
| 1401 Constitution Avenue, NW | P.O. Box 480 |
| Washington, D.C. 20230 | Ben Franklin Station |
| Tel: (202) 482-4750 | Washington D.C. 20044 |
| Email:  ayat.mujais@trade.gov | Tel: (202) 307-0369 |
| | Fax: (202) 514-7965 |
| | Email: ann.c.motto@usdoj.gov |

December 4, 2019                                     Attorneys for Defendant

# UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE**

|  |  |
|---|---|
| GOODLUCK INDIA LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ARCELORMITTAL TUBULAR PRODUCTS, MICHIGAN SEAMLESS TUBE, LLC, PLYMOUTH TUBE CO. USA, PTC ALLIANCE CORP., WEBCO INDUSTRIES, INC., AND ZEKELMAN INDUSTRIES, INC., <br><br> Defendant-Intervenors | Court No. 18-00162 |

## ORDER

Upon consideration of defendant's consent motion to correct order entered on December 3, 2019; it is hereby

**ORDERED** that the remand determination shall proceed in accordance with the following schedule:

| | |
|---|---|
| Commerce shall file its remand results | December 23, 2019 |
| Commerce shall file an index of new record documents | January 6, 2020 |
| Parties shall file and serve comments in opposition to Commerce's remand determination | February 5, 2020 |
| Defendant and other parties supporting Commerce's remand determination shall file responsive comments | March 6, 2020 |
| Plaintiff shall file joint appendix | March 20, 2020 |

DATED: _____, 2019      _____
        New York, New York              Gary S. Katzmann, Judge