# United States Court of Appeals for the Federal Circuit

---

**GOODLUCK INDIA LIMITED,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant*

**ARCELORMITTAL TUBULAR PRODUCTS, MICHIGAN SEAMLESS TUBE, LLC, PLYMOUTH TUBE CO. USA, PTC ALLIANCE CORP., WEBCO INDUSTRIES, INC., ZEKELMAN INDUSTRIES, INC.,**
*Defendants-Appellants*

---

2020-2017

---

Appeal from the United States Court of International Trade in No. 1:18-cv-00162-GSK, Judge Gary S. Katzmann.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 31, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 22, 2021

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court